# In the United States Court of Federal Claims

No. 19-426-MCW
(Filed: December 4, 2019)

```
***************************
                           *
CARLOS SALAZAR JR.,        *
                           *
         Plaintiff,        *
                           *
    v.                     *
                           *
THE UNITED STATES,         *
                           *
         Defendant.        *
                           *
***************************
```

## ORDER

On September 27, 2019, the Court ordered Plaintiff to file a response to Defendant's motion to dismiss by October 19, 2019. To date, Plaintiff pro se has not filed a response to the motion to dismiss. Because Plaintiff has failed to prosecute his case, the Court dismisses the complaint pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC").

_____
MARY ELLEN COSTER WILLIAMS
Senior Judge